Bankruptcy Case No.

Adversary Proceeding No.

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service of process was, not less than
        (name)
18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made _____ by:
                                                            (date)

__  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

__  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__  Residence Service: By leaving the process with the following adult at:

__  Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

__  Publication: The defendant was served as follows: [Describe briefly]

__  State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____         _____
          Date                                             Signature

**Print Name**

_____

**Business Address**

_____

**City**                             **State**                          **Zip**

[ver. 05/02]