## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

IN RE:                                                          Case No.: 10-37437-DOT
HAROLD ROBERT CAPLES,                    Chapter 13

                   Debtor.

HAROLD ROBERT CAPLES,

                   Plaintiff,

v.                                                        Adversary Proceeding No. 11-03171-DOT

GREEN TREE SERVICING, L.L.C. ,
and
THE BANK OF NEW YORK MELLON, N.A.
and
BRANDON BESWICK, TRUSTEE
and
JAMIE CHAFIN, TRUSTEE
                   Defendants.

### REQUEST FOR ALIAS SUMMONS

On July 5, 2011, I mailed via Certified Mail copies of the complaint and summons to Defendants Brandon Beswick and Jamie Chafin. The addresses are no longer valid and therefore the documents were returned to my office. I have since obtained current addresses and would respectfully request that your office issue an alias summons for Defendants Brandon Beswick and Jamie Chafin.

                                                           HAROLD ROBERT CAPLES

                                                           By:     /s/ Christian D. DeGuzman
                                                                  Christian D. DeGuzman, VSB#79336
                                                                  *Counsel for Debtor/Plaintiff*

THE DEBT LAW GROUP, P.L.L.C.
7825 Midlothian Turnpike, Suite 104
Richmond, VA 23235
(804) 658-1142